25572. CONTINENTAL CASUALTY COMPANY v. LUCAS.

FRANKUM, Justice. Upon further consideration of this case we have determined that the writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur.*

ARGUED JANUARY 13, 1970—DECIDED FEBRUARY 19, 1970.

*Jones, Cork, Miller & Benton, James M. Thomas,* for appellant.

*Shi & Raley, Robert F. Raley,* for appellee.